**Order entered September 16, 2015**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00718-CV

**RSL FUNDING, LLC, ET AL., Appellants**

**V.**

**RICKEY NEWSOME, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14580-L**

## ORDER

We **GRANT** appellee's September 14, 2015 motion for an extension of time to file a brief. Appellee shall file a brief by **OCTOBER 5, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE